**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Rynn, et al., | No. CV-24-02674-PHX-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Craig Jennings, et al., | |
| Defendants. | |

Pending before the Court are Plaintiffs' motions for an extension to file responses to nine motions to dismiss from various Defendants. (Docs. 84, 94, 100.) The Court will grant the extensions, with some adjustments to the requested deadlines.

Plaintiffs' first motion for an extension was filed on October 29, 2024. (Doc. 84.) This case was not reassigned to this Court until November 25, 2024. (Doc. 97.) Plaintiffs request until: (1) December 9, 2024 to respond to Defendant Patrick Camunez's Motion to Dismiss (Doc. 15); (2) December 12, 2024 to respond to City Defendants' Motion to Dismiss (Doc. 25); and (3) December 22, 2024 to respond to Defendant Littler Mendelson, P.C.'s Motion to Dismiss (Doc. 63) and Defendants First Transit, Inc. and Transdev Services Inc.'s Motion to Dismiss (Doc. 68). (Doc. 84 at 2.) Because the requested deadlines are approaching, the Court will extend them by an additional 14 days.

Plaintiffs' second motion for an extension was filed on November 15, 2024. (Doc. 94.) Plaintiffs request until: (1) December 17, 2024 to respond to State Defendants' Motion to Dismiss (Doc. 81); (2) December 25, 2024 to respond to Defendant Comtrans

Ambulance Services, Inc.'s Motion to Dismiss (Doc. 88); and (3) December 31, 2024 to respond to Defendant Intermountain Foster Care, LLC's Motion to Dismiss (Doc. 90) and Defendants Avondale Court, Presiding Judge Craig Jennings, Avondale Police Department, and the City of Avondale's Motion to Dismiss (Doc. 92). (Doc. 94 at 2.) The Court will also extend these requested deadlines by an additional 14 days.

Plaintiffs' third motion for an extension was filed on December 2, 2024. (Doc. 100.) Plaintiffs request until January 6, 2025 to respond to Defendants the United States of America, the U.S. Border Patrol, the U.S. Department of Health and Human Services, the Children's Bureau, the United States District Court for the District of Arizona, Hon. Dominic W. Lanza, and Hon. John J. Tuchi's Motion to Dismiss (Doc. 96). (Doc. 100 at 2.) The Court will extend this requested deadline by an additional 14 days. Accordingly,

**IT IS ORDERED:**

1. Plaintiffs' Motions for Extensions to File Responses to Defendants' Motions to Dismiss (Doc. 84, 94, 100) are **granted**.

2. The following deadlines will govern Plaintiffs' responses to Defendants' motions to dismiss:

- Defendant Patrick Camunez's Motion to Dismiss (Doc. 15) – **December 23, 2024**
- City Defendants' Motion to Dismiss (Doc. 25) – **December 31, 2024**
- Defendant Littler Mendelson, P.C.'s Motion to Dismiss (Doc. 63) and Defendants First Transit, Inc. and Transdev Services Inc.'s Motion to Dismiss (Doc. 68) – **January 6, 2025**
- State Defendants' Motion to Dismiss (Doc. 81) – **December 31, 2024**
- Defendant Comtrans Ambulance Services, Inc.'s Motion to Dismiss (Doc. 88) – **January 8, 2025**
- Defendant Intermountain Foster Care, LLC's Motion to Dismiss (Doc. 90) and Defendants Avondale Court, Presiding Judge Craig Jennings, Avondale Police Department, and the City of Avondale's Motion to

Dismiss (Doc. 92) – **January 14, 2025**

- Defendants the United States of America, the U.S. Border Patrol, the U.S. Department of Health and Human Services, the Children's Bureau, the United States District Court for the District of Arizona, Hon. Dominic W. Lanza, and Hon. John J. Tuchi's Motion to Dismiss (Doc. 96) – **January 20, 2025**

Dated this 6th day of December, 2024.

_____
Jennifer G. Zipps
Chief United States District Judge